

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-24-2004

# Sabree v. Richman

Precedential or Non-Precedential: Precedential

Docket No. 03-1226

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation
"Sabree v. Richman" (2004). *2004 Decisions.* Paper 651.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/651

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

——————

No. 03-1226

——————

HASSAN SABREE, By his Mother and Next-Friend, Hana Sabree;
CATHERINE MEADE, By her Father and Next-Friend, Robert A.
Meade; JOSEPH FRAZIER, By his Mother and Next-Friend,
Patricia Frazier, for Themsleves and All Others Similarly
Situated

v.

* ESTELLE B. RICHMAN, In Her Official Capacity as Secretary of
the Department of Public Welfare of the Commonwealth of
Pennsylvania

Hassan Sabree, Catherine Meade, and Joseph Frazier,
Appellants

*{Substitution Pursuant to Clerk's Order dated 3/28/03
and F.R.A.P. Rule 43(c)}

——————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
D.C. Civil No. 02-cv-03426
District Judge:  The Honorable Herbert J. Hutton

——————

Argued:  September 11, 2003

——————

Before: ALITO, BARRY, and AMBRO, <u>Circuit Judges</u>
(Opinion Filed May 11, 2004)
————————————————————————

ORDER  AMENDING  OPINION
————————————————————————

The slip opinion in the above case is hereby amended as follows:

1.      On page 2, add the name of Jane Perkins, Esq., to the list under Sarah Somers, Esq., for Attorneys for Amicus Appellants.


                                         BY THE COURT:


                                         /s/ Maryanne Trump Barry

Dated: May 24, 2004
RLS/cc:  SFG
         IWS
         JP
         SS
         JAK
         DML